UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO FRANCISCO AGUIRRE-URBINA,<br><br>Petitioner,<br><br>v.<br><br>BRYAN S WILCOX, et al.,<br><br>Respondents. | CASE NO. C18-1743-TSZ-BAT<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Petitioner's unopposed motion for extension of time, Dkt. 6, is **GRANTED**. Petitioner shall file his response to the Government's motion to dismiss by February 25, 2019, and the Government may file a reply by March 1, 2019. The Clerk shall **RE-NOTE** the Government's motion to dismiss, Dkt. 5, for March 1, 2019, and send copies of this Order to the parties.

DATED this 8th day of January, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING PETITIONER'S
UNOPPOSED MOTION FOR EXTENSION
OF TIME - 1