UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FERNANDO FRANCISCO AGUIRRE-URBINA,

          Petitioner,

v.

BRYAN S. WILCOX, et al.,

          Respondents.

C18-1743 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion to supplement response, docket no. 16, is treated as a notice of supplemental authority. The Court has reviewed the Custody Order of Immigration Judge Tammy L. Fitting, setting bond in the amount of $30,000. Petitioner is DIRECTED to show cause within twenty-one (21) days of the date of this Minute Order why his habeas petition should not be dismissed as moot.

(2) The Clerk is directed to terminate the Government's motion, docket no. 16, and to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of June, 2019.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1