UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FERNANDO FRANCISCO
AGUIRRE-URBINA,

          Petitioner,

  v.

BRYAN S. WILCOX, et al.,

          Defendants.

C18-1743 TSZ

ORDER

Habeas petitioner Fernando Francisco Aguirre-Urbina having been released from custody upon the posting of a $30,000 bond, *see* Pet.'s Resp. to Show Cause Order at 2 (docket no. 18), this matter is hereby DISMISSED without prejudice as moot. *See Colop Salanic v. Sessions*, 2017 WL 3888092 (W.D. Wash. Aug. 9, 2017), *adopted*, 2017 WL 3872422 (W.D. Wash. Sep. 5, 2017); *Egoroff v. Clark*, 2010 WL 4056065 (W.D. Wash. Aug. 26, 2010), *adopted*, 2010 WL 4038843 (W.D. Wash. Oct. 13, 2010); *see also Obregon v. Sessions*, 2017 WL 3478774 (N.D. Cal. Aug. 14, 2017).

The Clerk is directed to send a copy of this Order to all counsel of record and to Chief Magistrate Judge Tsuchida and to CLOSE this case..

IT IS SO ORDERED.

Dated this 27th day of June, 2019.

                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 1